Date: 07/07/11                                                                                               Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 10-12062 - HAYS, NATHAN EUGENE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource Lp As Agent for Citibank (South Dakota) N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | 000003 | 1,195.52 | 4.12 |
| PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | 000004 | 643.67 | 2.22 |
| ---------- Remittance Total -------------- | | 1,839.19 | 6.34 |

SUSAN MANCHESTER, Trustee